IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jennifer Finlayson-Fife, | Case No: 24-cv-2452 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| Meredith Weber, | |
| Defendant. | |

### MEREDITH WEBER'S MOTION TO DISMISS

Defendant Meredith Weber ("Weber") hereby moves to dismiss Plaintiff's Complaint ("Complaint"). For the reasons stated in the accompanying Memorandum of Law, all claims against Weber should be dismissed in their entirety and with prejudice because under Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE, Defendant Meredith Weber respectfully requests dismissal of the Complaint.

Dated: April 26, 2024   Respectfully submitted,

/s/Michael D. Haeberle
Michael D. Haeberle (#6309164)
Patterson Law Firm, LLC
200 W. Monroe, Ste. 2025
Chicago, IL 60606
Tel.: 312-223-1699
Fax: 312-223-8549
mhaeberle@pattersonlawfirm.com
*Attorney for Defendant Weber*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 26, 2024 a true and correct copy of Defendant Weber's Motion to Dismiss was filed with the Clerk of the Court using the CM/ECF system and served by electronic mail upon the following:

Steven P. Mandell
Bryan G. Lesser
MANDELL MENKES LLC
333 W. Wacker Drive, Suite 450
Chicago, IL 60606
smandell@mandellmenkes.com
blesser@mandellmenkes.com

/s/Michael D. Haeberle