# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jennifer Finlayson–Fife

        Plaintiff,

v.                                         Case No.: 1:24–cv–02452

                                                      Honorable Jorge L. Alonso

Meredith Weber

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 6, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's response to Defendant's Motion to dismiss [3] shall be filed by 6/3/24; Defendant's reply shall be filed by 6/17/24. The Court will rule electronically on the motion. Motion hearing date of 5/7/24 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.