**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jennifer Finlayson-Fife, <br><br> Plaintiff, <br><br> v. <br><br> Meredith Weber, <br><br> Defendant. | Case No: 24-cv-2452 |

## Notice of Filing

To:    Steven P. Mandell
        Bryan G. Lesser
        MANDELL MENKES LLC
        333 W. Wacker Drive, Suite 450
        Chicago, IL 60606
        Smandell@Mandellmenkes.Com
        Blesser@Mandellmenkes.Com

PLEASE TAKE NOTICE that on **July 1, 2024**, the undersigned caused to be filed with the CM / ECF system, **Defendants Reply in Support of Her Motion to Dismiss,** in the above captioned case. A true and correct copy of this filing is served by electronic mail.

Dated: July 1, 2024                 Respectfully submitted,

                                                /s/Michael D. Haeberle
                                                Michael D. Haeberle (#6309164)
                                                Kaitlyn Harris – Hertel (#6345639)
                                                Patterson Law Firm, LLC
                                                200 W. Monroe, Ste. 2025
                                                Chicago, IL 60606
                                                Tel.: 312-223-1699
                                                Fax: 312-223-8549
                                                [mhaeberle@pattersonlawfirm.com](mailto:mhaeberle@pattersonlawfirm.com)
                                                kharris-hertel@pattersonlawfirm.com
                                                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **Defendants Reply in Support of Her Motion to Dismiss** was served via Electronic Mail on **July 1, 2024**, upon the following:

Steven P. Mandell
Bryan G. Lesser
Mandell Menkes LLC
333 W. Wacker Drive, Suite 450
Chicago, IL 60606
smandell@mandellmenkes.com
blesser@mandellmenkes.com

/s/Michael Haeberle