**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 24-0032**

IT APPEARING THAT, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable April M. Perry; therefore

IT IS HEREBY ORDERED that the attached list of 290 cases be reassigned to the Honorable April M. Perry; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable April M. Perry's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable April M. Perry to the Court's civil case assignment system during the next business day, so that she shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable April M. Perry to the Court's criminal case assignment system ninety (90) days so that Judge Perry shall thereafter receive a full share of such cases.


ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 26th day of November, 2024

**Civil Cases Reassigned from Judge Alexakis**

| | |
|---|---|
| 1:24-cv-08120 | Formula Sports Cars, Inc. et al v. CDK Global, LLC |
| 1:24-cv-08452 | Shot Bar Chicago, LLC v. Halverson et al |
| 1:24-cv-08622 | Patent Armory Inc. v. Alight Solutions LLC |
| 1:24-cv-09695 | Taylor v. Chicago Police Department, et al. |
| 1:24-cv-09707 | Abdelsayed v. Mayorkas et al |
| 1:24-cv-10460 | Sega Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-10843 | Kazazian v. CNA Financial Corporation et al |
| 1:24-cv-11346 | WHITE v. UNCLE JULIO'S OF ILLINOIS, INC. |
| 1:24-cv-11420 | Yalibat v. Maryville Academy |
| 1:24-cv-11444 | Hatzitheodorou v. University of Notre Dame Du Lac et al |
| 1:24-cv-11647 | Morrison v. Napleton's River Oaks Motors, Inc. |

**Civil Cases Reassigned from Judge Alonso**

| | |
|---|---|
| 1:18-cv-05681 | Socha v. City of Joliet |
| 1:23-cv-01398 | Keigan v. Tiram |
| 1:23-cv-13813 | Viloria v. DR Home Healthcare LLC et al |
| 1:23-cv-14098 | Powell v. Village of Homewood et al |
| 1:24-cv-02452 | Finlayson-Fife v. Weber |
| 1:24-cv-04682 | Dongguan Kaiju Electronic Technology Co. Ltd. et al v. Waters Industries, Inc et al |
| 1:24-cv-06217 | Simpson v. Nurse |
| 1:24-cv-07481 | Trawick v. Netcredit Loan Services, LLC |
| 1:24-cv-08402 | McCann v. MidFirst Bank |
| 1:24-cv-09617 | Roland v. U.S. Department of Justice et al |
| 1:24-cv-11151 | Johnson v. Sysco Chicago, Inc. |

**Civil Cases Reassigned from Judge Blakey**

| | |
|---|---|
| 1:19-cv-01100 | Hicks v. City Of Chicago et al |
| 1:21-cv-04798 | Giles v. Chicago et al |
| 1:22-cv-07052 | Gaines v. City of Chicago et al |
| 1:23-cv-03500 | Flawless Kickz, LLC v. Kottio Consultations LLC et al |
| 1:23-cv-16804 | ARP Inc. v. Citibank NA |
| 1:24-cv-02638 | The Paper Tigers, Inc. v. Arch Specialty Insurance Company et al |
| 1:24-cv-04246 | Roblox Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-05856 | Jackson v. Amazon.com Services, LLC |
| 1:24-cv-06705 | Montes v. Rush University Medical Center |
| 1:24-cv-08225 | Wilson v. 1-800 Flowers Team Services, Inc. |
| 1:24-cv-09256 | Arif v. Dart et al |
| 1:24-cv-11007 | Casio Computer Co., Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

**Civil Cases Reassigned from Judge Bucklo**

| | |
|---|---|
| 1:20-cv-03782 | Jenkins, individually and on behalf of all others similarly situated v. Regal Cinemas, Inc. |
| 1:21-cv-06671 | Grizales v. Haidet |
| 1:23-cv-04665 | Cade v. Bankston et al |
| 1:23-cv-07257 | Munoz et al v. Barba Concrete, Inc. |
| 1:24-cv-01319 | Sharp Shirter, Inc. v. The Partnerships and Unicorporated Associations Identified in Schedule A |

| | |
|---|---|
| 1:24-cv-01400 | Stecich v. Menard, Inc. |
| 1:24-cv-03839 | Midwest Operating Engineers Welfare Fund et al v. LUC Group, LLC et al |
| 1:24-cv-04170 | Jack v. Pursuit Collection, Inc. |
| 1:24-cv-08623 | TV Tokyo Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-08908 | Lozano v. Campagna-Turano Bakery, Inc., |
| 1:24-cv-10910 | Central States Southeast & Southwest Areas Pension Fund et al v. Olmstead Construction, Inc. |
| 1:24-cv-11157 | De Lage Landen Financial Services, Inc. v. American Cargo Group, Inc. et al |

### Civil Cases Reassigned from Judge Chang

| | |
|---|---|
| 1:20-cv-02114 | Sky Federal Credit Union v. Fair Isaac Corporation |
| 1:22-cv-03624 | NAV Consulting Inc. v. Kumawat et al |
| 1:22-cv-04432 | Comier v. Wills |
| 1:23-cv-03281 | ElSeidy v. ElKasstawi |
|     1:23-cv-15554 | Khan v. ElKasstawi |
| 1:23-cv-14877 | Barnes v. BMO Bank, N.A. |
| 1:24-cv-03472 | Anthony Marano Company et al v. Dom's Market, LLC et al |
| 1:24-cv-05774 | Attaway v. Green Dot Corporation et al |
| 1:24-cv-06815 | De Lage Landen Financial Services, Inc. v. Fly Over States Inc. et al |
| 1:24-cv-08203 | Sumner v. Mar Libertyville-H, LLC |
| 1:24-cv-09875 | Zeid v. Garland et al |
| 1:24-cv-11277 | Shenzhen Zhifu Network Technology Co., Ltd. et al v. Core Home Fitness, L.L.C. |

### Civil Cases Reassigned from Judge Coleman

| | |
|---|---|
| 1:18-cv-00424 | Monae v. Cook County Sheriff's Office et al |
|     1:18-cv-00553 | Simpson et al v. Cook County Sheriff's Office et al |
| 1:22-cv-01870 | Sowell v. State of Illinois Department of Human Services |
| 1:23-cv-02967 | Cannon v. Castle Credit Co Holdings LLC |
| 1:23-cv-03325 | Dyson v. Hollis et al |
|     1:23-cv-16515 | Dyson v. Dart et al |
| 1:23-cv-15814 | Jones v. Advocate Aurora Health |
| 1:23-cv-16316 | Towns et al v. Peoples Gas Light & Coke Co., et al |
| 1:24-cv-02141 | Trustees of the Will County Local 174 Carpenters Pension Trust Fund and Will County Local 174 Welfare Fund v. Williams Brothers Construction Inc. |
| 1:24-cv-02218 | Sanger v. Home Depot U.S.A. Inc. |
| 1:24-cv-04705 | Ovsepyan v. Caruso and Miles, Ltd et al |
| 1:24-cv-04771 | Cruz v. Klich |
|     1:24-cv-07134 | Cruz v. St. Celestine School |
| 1:24-cv-10886 | Yiwu Baimei Electronic Commerce Co., Ltd. v. The Partnerships And Unincorporated Associations Identified On Schedule A |

### Civil Cases Reassigned from Judge Cummings

| | |
|---|---|
| 1:18-cv-04268 | Bennett v. Dart et al |
| 1:21-cv-06070 | MacDonald et al v. Servis One, Inc. et al |
| 1:22-cv-06337 | Pillow v. McDonough |
| 1:23-cv-04120 | Matricciani v. American Homeowner Preservation, Inc. et al |
| 1:23-cv-16587 | Moore et al v. Farmers Group, Inc. et al |
| 1:24-cv-02944 | Yamamoto v. The Children's School |
| 1:24-cv-04906 | Pelow v. Charter Senior Living, LLC |
| 1:24-cv-06281 | Fuller v. Cuellar De La Cruz et al |

| | |
|---|---|
| 1:24-cv-07304 | Hill v. Boreas, LLC |
| 1:24-cv-08839 | Meacham v. CPD et al |
| 1:24-cv-09741 | Anagram International, LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A hereto |
| 1:24-cv-11251 | Howard v. County Of Cook et al |

### Civil Cases Reassigned from Judge Daniel

| | |
|---|---|
| 1:19-cv-02259 | Laborers' Pension Fund et al v. Ranger Construction Inc. et al |
| 1:22-cv-00932 | Phelps v. Illinois Department of Corrections (IDOC) et al |
| 1:23-cv-00191 | F.O.A.N. Properties, LLC v. Owners Insurance Company |
| 1:23-cv-04424 | Jobita v. International Association of Lions |
| 1:23-cv-16260 | Flores v. Cook County Health and Hosp. System |
| 1:24-cv-02261 | Houston v. Gerald Motors, Inc. |
| 1:24-cv-04272 | Lipscomb v. O'Malley |
| 1:24-cv-06010 | Perry-Clark v. Amazon.com Services, LLC |
| 1:24-cv-07136 | Khrustalev v. Mayorkas et al |
| 1:24-cv-08238 | Drew v. NATIONAL RAILROAD PASSENGER ) CORPORATION d/b/a AMTRAK et al |
| 1:24-cv-09649 | Alomari v. Mayorkas et al |
| 1:24-cv-11085 | Patel v. Mayorkas et al |

### Civil Cases Reassigned from Judge Durkin

| | |
|---|---|
| 1:20-cv-07209 | Walker v. City of Chicago et al |
| 1:22-cv-06685 | Lee v. Lt. Taylor et al |
| 1:23-cv-04200 | Western Sales Trading Company, Inc. v. 7D Food International, Inc. |
| 1:23-cv-03987 | Malcorvian v. County of Cook |
| 1:23-cv-15615 | Aboukheir v. Ezewiwe et al |
| 1:24-cv-00204 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. WBF Construction, Inc. |
| 1:24-cv-02241 | Williams v. Wells Fargo Bank, N.A. |
| 1:24-cv-04938 | United States of America v. F.R.Y. Installations Corporation |
| 1:24-cv-06422 | Liu v. Li et al |
| 1:24-cv-07569 | Millette v. Target Corporation |
| 1:24-cv-09197 | Montes v. Advocate Health and Hospitals Corporation et al |
| 1:24-cv-11207 | PHI Health, LLC v. Daugherty Systems, Inc. d/b/a Daugherty Business Solutions et al |

### Civil Cases Reassigned from Judge Ellis

| | |
|---|---|
| 1:19-cv-07486 | Courtney v. United States of America et al |
| 1:22-cv-03637 | Scholle IPN Packaging, Inc. v. Zephyr Fluid Solutions, LLC |
| 1:23-cv-01822 | Discount Printed Promos USA, LLC v. Stephanie Wurster et al |
| 1:23-cv-14192 | RVassets Ltd. v. Marex Capital Markets Inc. et al |
| 1:24-cv-00689 | Ward v. Associated Couriers |
| 1:24-cv-02306 | Corona et al v. North Central Narcotics Task Force et al |
| 1:24-cv-04176 | Hill v. Illinois Department of Human Services et al |
| 1:24-cv-06311 | White v. BASF Corporation et al |
| 1:24-cv-07339 | Shafaie et al v. Mayorkas et al |
| 1:24-cv-08367 | Hartford Fire Insurance Company v. Chase Real Estate, LLC et al |
| 1:24-cv-11142 | Sky Business Credit, LLC v. Herwood et al |

| | |
|---|---|
| 1:24-cv-11155 | SOCIETE POUR LOEUVRE ET LA MEMOIRE DANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-DAGAY v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

## Civil Cases Reassigned from Judge Gettleman

| | |
|---|---|
| 1:22-cv-03549 | American Kitchen Delights, Inc. v. City Of Harvey et al |
| 1:23-cv-03085 | Montgomery v. Village of Dolton |
| 1:23-cv-16639 | Wells v. Equifax Information Services, LLC et al |
| 1:24-cv-02744 | Central States, Southeast and Southwest Areas Pension Fund et al v. Spurlino et al |
| 1:24-cv-03270 | McKinney v. Access Community Health Network |
| 1:24-cv-03632 | Japan America Trading Agency Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Association Identified on Schedule A hereto |
| 1:24-cv-05982 | Gall et al v. Ascend Capventures, Inc. et al |
| 1:24-cv-06314 | Wells v. BASF Corporation et al |
| 1:24-cv-08011 | Jafarov v. Jaddou |
| 1:24-cv-08821 | Alticor Inc. et al v. Ganjingzi District Chengcheng Orange Trading Company et al |
| 1:24-cv-11049 | Morales v. City of Chicago et al |
| 1:24-cv-11264 | Joe Hand Promotions, Inc. v. Scoreboard Sports Bar & Grill, d/b/a Scoreboard Sports Bar & Grill et al |

## Civil Cases Reassigned from Judge Gottschall

| | |
|---|---|
| 1:23-cv-14160 | Davis v. Pete's Fresh Market 4700 Corporation et al |
| 1:24-cv-04457 | Chevere v. ScanSTAT Technologies, LLC |
| 1:24-cv-06511 | Jeffries v. Isomedix Operations, Inc. et al |
| 1:24-cv-08803 | United States Olympic and Paralympic Committee v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-11662 | Mosid v. Mayorkas et al |

## Civil Cases Reassigned from Judge Harjani

| | |
|---|---|
| 1:24-cv-00575 | Urquizo v. United States of America |
| 1:24-cv-03094 | Su v. Green Maintenance Services, Inc et al |
| 1:24-cv-05197 | Russell v. Village Of Skokie et al |
| 1:24-cv-05480 | Federated Mutual Insurance Company v. AssuredPartners of Illinois LLC et al |
| 1:24-cv-06587 | Orozco v. Ferrara Candy Company |
| 1:24-cv-06933 | GS Holistic, LLC v. S SMOKE & VAPE d/b/a DUNDEE SHORT STOP et al |
| 1:24-cv-08243 | Richardson v. Board of Education Of Elgin School District U-46 et al |
| 1:24-cv-08269 | Montalvo v. Pearl Healthcare Management, LLC |
| 1:24-cv-09558 | Chekobi Trails of Tears Trucking, LLC et al v. Nova Lines, Inc. |
| 1:24-cv-09620 | Grant v. Mayorkas et al |
| 1:24-cv-11111 | Zaful (Hong Kong) Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-11182 | West Bend Insurance Company v. Sigler's Automotive and Body Shop, Incorporated |

## Civil Cases Reassigned from Judge Hunt

| | |
|---|---|
| 1:19-cv-02426 | Polk v. Williams |
| 1:22-cv-05549 | DeVry University, Inc. v. United States Department Of Education et al |
| 1:23-cv-04093 | Battaglia v. Board of Education Maercker School District #60 |
| 1:23-cv-16174 | Abrams v. Kelly |

| | |
|---|---|
| 1:24-cv-01581 | Packaging Corporation of America v. Northland Insurance Company |
| 1:24-cv-03168 | Jones v. State of Illinois, et al. |
| 1:24-cv-04890 | Burnson v. Comcast Cable Communications Management, LLC |
| 1:24-cv-06730 | Esquivel v. Endeavor Health Clinical Operations a/k/a NorthShore University HealthSystem |
| 1:24-cv-08260 | Glenn v. Monterrey Security Consultants, Inc. |
| 1:24-cv-09239 | Che v. The Partnerships And Unincorporated Associations Identified On Schedule A |
| 1:24-cv-10672 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Jenkins

| | |
|---|---|
| 1:22-cv-01263 | Guaderrama v. City Of Chicago Police Department et al |
| 1:23-cv-00159 | Reynolds v. Scotttrade, Inc./TD Ameritrade, Inc. et al |
| 1:23-cv-02726 | Rosario v. Williams et al |
| 1:23-cv-03165 | Almendarez v. Switski et al |
| 1:23-cv-14905 | Williams v. O'Brien et al |
| 1:24-cv-01197 | Deets v. Berkley Insurance Company |
| 1:24-cv-03910 | Recinos v. NuWave LLC |
| 1:24-cv-05909 | Handler v. O'Malley |
| 1:24-cv-07471 | Triumph Designs, Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-08927 | Fuzzys Industrial Maintenance and Manufacture, LP v. Prima Power North America, Inc. et al |
| 1:24-cv-10204 | Booker v. Pop Mart Americas Inc. |
| 1:24-cv-11554 | Stoian v. Mayorkas et al |

## Civil Cases Reassigned from Chief Judge Kendall

| | |
|---|---|
| 1:23-cv-01467 | Ray et al v. Blue Cross and Blue Shield Association et al |
| 1:23-cv-14829 | Trustees of the Will County Local 174 Carpenters Pension Trust Fund et al v. Dumex Construction Company |
| 1:24-cv-00707 | Unite Here Local 1 v. Magnificent Mile Hotel Management, LLC |
| 1:24-cv-02485 | Trustees of the Will County Local 174 Carpenters Pension Trust Fund et al v. Bella Power Services, LLC |
| 1:24-cv-06524 | Wiltberger II v. Isomedix Operations, Inc. et al |
| 1:24-cv-09341 | Al Khuzai v. Equifax Information Services, LLC |

## Civil Cases Reassigned from Judge Kness

| | |
|---|---|
| 1:21-cv-04471 | Tradition Media Group, LLC v. US Bank National Association |
| 1:22-cv-03438 | Leach v. O'Malley |
| 1:23-cv-00269 | Connell Limited Partnership v. Associated Indemnity Corporation et al |
| 1:23-cv-03941 | Hudson Insurance Company v. Office Environments, Inc. et al |
| 1:23-cv-14613 | Mid-America Carpenters Regional Council Pension Fund et al v. Kimberly Ann Kurtz, individually and d/b/a Langland Construction Company and d/b/a W.C. Langeland & Co., Inc. |
| 1:24-cv-01217 | Ducere, LLC v. Enbridge (U.S.) Inc. et al |
| 1:24-cv-02737 | Dewitt v. Sheriff's Office et al |
| 1:24-cv-04719 | Endo USA, Inc et al v. Nexus Pharmaceuticals, LLC |
| 1:24-cv-05629 | Fendi S.R.L. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-06489 | Fratus v. Opportunity Financial, LLC et al |
| 1:24-cv-07145 | Wham Bam Systems, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

| | |
|---|---|
| 1:24-cv-08514 | Aponte v. The Oak Brook Club Association |

## Civil Cases Reassigned from Judge Kocoras

| | |
|---|---|
| 1:21-cv-04935 | Sonntag v. Cook County, a municipal corporation,et al |
| 1:21-cv-06040 | Montgomery v. Village of Phoenix et al |
| 1:23-cv-04327 | Venturelli v. National Railroad Passenger Corporation |
| 1:23-cv-04726 | Zambaftis v. Menards Home Improvement Company |
| 1:23-cv-04748 | State Farm Life Insurance Company v. Foss et al |
| 1:23-cv-16651 | Aguilar v. City of Cicero et al |
| 1:23-cv-16782 | Nautilus Insurance Company v. Bee Quality, Inc et al |
| 1:23-cv-16989 | Lehigh Gas Wholesale, LLC et al v. Samara |
| 1:24-cv-02923 | Apostolopoulos v. Grand Dental Associates P.C. et al |
| 1:24-cv-11129 | Westfield National Insurance Company v. Core Homes, LLC et al |
| 1:24-cv-11244 | Jones v. Universal Protection Services, Inc. |

## Civil Cases Reassigned Judge Lefkow

| | |
|---|---|
| 1:22-cv-00488 | Creative Financial Staffing LLC v. Kubacki |
| 1:23-cv-16548 | Green v. P4 Protective Services, LLC |
| 1:24-cv-03671 | U.S. Bank Equipment Finance, a division of U.S. Bank National Association v. Plus Enterprises LLC et al |
| 1:24-cv-05022 | Smith v. Illinois Department of Corrections et al |
| 1:24-cv-06939 | White v. Joe Rizza Ford of Orland Park, Inc. |
| 1:24-cv-09768 | Ochoa v. J.P. Cullen & Sons, Inc. et al |

## Civil Cases Reassigned from Judge Pacold

| | |
|---|---|
| 1:21-cv-05709 | Dussias v. Gleckler et al |
| 1:22-cv-04728 | Owens v. City Of Chicago et al |
| 1:23-cv-03069 | Gardner v. The Board of Trustees of The University of Illinois et al |
| 1:23-cv-05100 | Elias v. Gardi,Haught, Fischer & Bhosdale, LTD et al |
| 1:23-cv-16294 | Parekh v. DePaul University |
| 1:24-cv-01019 | Harper v. Commonwealth Edison |
| 1:24-cv-03628 | Opperman v. Menard, Inc |
| 1:24-cv-05412 | Harris v. Laboratory Corporation of America |
| 1:24-cv-06483 | Werner v. Isomedix Operations, Inc. et al |
| 1:24-cv-07025 | Williams v. Cook County Jail |
| 1:24-cv-08476 | Theodore v. Bravo Express Transportation Co. |
| 1:24-cv-10901 | Laing v. Fortini-Laing |

## Civil Cases Reassigned from Judge Pallmeyer

| | |
|---|---|
| 1:23-cv-01104 | Garcia v. Kane County Sheriff Department et al |
| 1:23-cv-04624 | Galarde v. Park District of Oak Park |
| 1:24-cv-04166 | Lunford v. Leon et al |
| 1:24-cv-08176 | Azimbaev v. Garland et al |
| 1:24-cv-11035 | Lamb v. Vastek, Inc. |

## Civil Cases Reassigned from Judge Rowland

| | |
|---|---|
| 1:17-cv-09284 | Fitzgerald et al v. Roberts et al |
| 1:22-cv-04521 | United Specialty Insurance Company v. LG Express Group, Inc. |
| 1:23-cv-03132 | Mayer v. Midwest Physician Administrative Services, LLC |

| | |
|---|---|
| 1:23-cv-03276 | Berczy et al v. Ahern Rentals, Inc. et al |
| 1:23-cv-15112 | Seals v. O'Malley |
| 1:23-cv-15177 | Bradley v. National Railroad Passenger Corporation d/b/a Amtrak |
| 1:24-cv-01144 | Caiafa v. O'Malley |
| 1:24-cv-00754 | Khamis v. Mayorkas et al |
| 1:24-cv-03930 | McDaniel v. Family Dollar, LLC |
| 1:24-cv-05517 | Hardin v. Alden Town Manor Rehabilitation and Health Care Center, Inc. |
| 1:24-cv-06806 | Crye Precision LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-08365 | Coombs et al v. CDK Global, LLC |

**Civil Cases Reassigned from Judge Seeger**

| | |
|---|---|
| 1:22-cv-02596 | Lipinski v. Bolin et al |
| 1:23-cv-00583 | Delhotal v. WalMart, Inc. |
| 1:23-cv-03531 | Plumbers' Pension Fund, Local 130 U.A. et al v. P.S. Coyote Plumbing Enterprise, Inc. |
| 1:23-cv-16598 | Noland v. Energizer Auto Manufacturing, Inc. et al |
| 1:24-cv-02197 | Smith v. Collection Professionals, Inc. et al |
| 1:24-cv-04371 | Brown v. Biolife Plasma LLC |
| 1:24-cv-06004 | Harris et al v. Haiduke et al |
| 1:24-cv-07520 | MI-BOX of North Florida, LLC v. MI-BOX Holding Company et al |
| 1:24-cv-08052 | Simon v. Van Orden |
| 1:24-cv-09183 | Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation v. The Partnerships And Unincorporated Associations Identified On Schedule A |
| 1:24-cv-11023 | Elite Insurance Company vs. United States of America, The et al. |

**Civil Cases Reassigned from Judge Shah**

| | |
|---|---|
| 1:13-cv-06444 | Bowan v. Mitchell |
| 1:22-cv-04952 | Stewart v. Drug Enforcement Administration et al |
| 1:22-cv-06128 | Midwest Operating Engineers Welfare Fund et al v. Grove Excavation LLC, an Indiana corporation |
| 1:23-cv-06722 | Ali v. Sultan Trans, Inc. et al |
| 1:23-cv-16566 | Angelilli v. Activision Blizzard, Inc. et al |
| 1:24-cv-01896 | Flournoy v. Wheatlan Tube et al |
| 1:24-cv-03838 | Ballard v. DentalEZ Alabama, Inc. |
| 1:24-cv-07473 | Olajiga v. Garland et al |
| 1:24-cv-07465 | Phillips v. Ravenswood Landowner LLC |
| 1:24-cv-08677 | Medicom Toy Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-10256 | Palackdharry, MD v. CVS Health Corporation et al |

**Civil Cases Reassigned from Judge Tharp**

| | |
|---|---|
| 1:18-cv-04888 | A.F. Moore & Associates, Inc. et al v. Pappas et al |
| 1:20-cv-07054 | Polland v. Chicago et al |
| 1:22-cv-02928 | Huang v. Gelab Cosmetics LLC, et al |
| 1:22-cv-06741 | Nikolovski et al v. Costco Travel, a division of Costco Wholesale Membership, Inc. et al |
| 1:23-cv-04115 | Wortham et al v. Village of Barrington Hills |
| 1:23-cv-15723 | Eason v. Tack |
| 1:24-cv-01859 | Anderson v. Walmart Inc. et al |
| 1:24-cv-03993 | Schneider National Carriers Inc. et al v. Alliance Trucking, Inc. |
| 1:24-cv-05998 | Aspen American Insurance Company v. 4490 Ventures II Blocker 2018A, LLC et al |
| 1:24-cv-07403 | Holyfield v. Cook County Health et al |

1:24-cv-08643      Those Characters from Cleveland, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A
1:24-cv-10533      Noor v. R. R. Donnelley & Sons Company

**Civil Cases Reassigned from Judge Valderrama**

| Case Number | Case Name |
|---|---|
| 1:20-cv-02956 | Whitfield v. Dart et al |
|     1:20-cv-03449 | Gama v. Dart et al |
|     1:20-cv-03795 | Kellum v. Dart et al |
|     1:20-cv-03840 | Garcia v. Dart et al |
|     1:20-cv-04034 | Cullom v. Dart et al |
|     1:20-cv-04193 | Brown v. Dart et al |
|     1:20-cv-04253 | Mathis v. Dart et al |
|     1:20-cv-04708 | Richardson v. Dart et al |
|     1:20-cv-05263 | Davis v. Dart et al |
|     1:20-cv-05265 | Arnold v. Dart et al |
|     1:20-cv-05319 | Coakley v. Dart et al |
|     1:20-cv-06730 | Bell v. Dart et al |
|     1:20-cv-07009 | Wilson v. Dart et al |
|     1:20-cv-07119 | Smith v. Dart et al |
|     1:20-cv-07246 | Baker v. Dart et al |
|     1:21-cv-00545 | Allen Jr. v. Dart et al |
|     1:21-cv-01521 | Pearson v. Dart et al |
|     1:21-cv-02193 | Todd v. Dart et al |
|     1:21-cv-02468 | Johnson v. Dart et al |
|     1:21-cv-02474 | Bonner v. Dart et al |
|     1:22-cv-01230 | Davis v. Dart et al |
| 1:22-cv-05975 | Miller v. Davis Staffing |
| 1:23-cv-02842 | Alvarado v. Home Depot U.S.A., Inc. |
| 1:23-cv-15194 | Matlock v. University of Illinois Chicago |
| 1:24-cv-00423 | Nwokocha v. Mayorkas et al |
| 1:24-cv-02779 | PIH Health Hospital - Whittier, et al. v. Health Care Service Corporation |
| 1:24-cv-05026 | Michalowicz v. Adventist Health System/Sunbelt Inc. |
| 1:24-cv-06245 | Corder et al v. BASF Corporation et al |
| 1:24-cv-07387 | Local No. 1 Health Fund v. Biogen, Inc. |
| 1:24-cv-08406 | Crowvision, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-09988 | Anaya v. Alvarez et al |
|     1:24-cv-11101 | Anaya et al v. Banks et al |
| 1:24-cv-11239 | Broadcast Music, Inc. et al v. Boondocks Food & Spirits Inc. et al |

**Civil Cases Reassigned from Judge Wood**

| Case Number | Case Name |
|---|---|
| 1:22-cv-01375 | Morris v. Placement Officer et al |
|     1:23-cv-03691 | Morris v. Malkowski et al |
| 1:22-cv-07284 | Robinson v. State of Illinois, Department of Human Services (DHS) |
| 1:23-cv-04610 | Cockream v. Herod et al |
|     1:24-cv-00116 | Cockream v. Kasperek et al |
|     1:24-cv-08041 | Cockream v. Sgt. Prokop et al |
|     1:24-cv-11503 | Cockream v. Zolecki et al |
| 1:23-cv-14899 | Crockett v. WKM Automotive Inc et al |
| 1:23-cv-16510 | BMO Bank N.A. v. Ron Parks & Assoc., et al |
| 1:24-cv-01427 | Buckhana v. Truitt |
| 1:24-cv-02873 | Cooper v. Village of Carol Stream |

| | |
|---|---|
| 1:24-cv-04418 | Hermosillo v. Mech-Tronics, LP |
| 1:24-cv-05522 | Balazs Solti v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-06409 | Frederator Networks, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-07426 | Trustees of the Mid-America Carpenters Regional Council Health Fund et al v. Old Veteran Construction, Inc. et al |
| 1:24-cv-08599 | United States Olympic and Paralympic Committee v. The Partnerships and Unincorporated Associations Identified on Schedule A |