**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER FINLAYSON-FIFE, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No.: 24-cv-2452 |
| | ) | |
| v. | ) | Hon. April Perry |
| | ) | |
| MEREDITH WEBER, | ) | Mag. Judge Jeffrey T. Gilbert |
| | ) | |
| *Defendant*. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS**

Plaintiff Jennifer Finlayson-Fife ("JFF") moves for an extension of time to respond to the counterclaims filed by Defendant Meredith Weber ("Weber"). In support of this motion, JFF states:

1. On July 16, 2025, Weber filed an Answer with Affirmative Defenses and three Counterclaims. Doc. 25.

2. Pursuant to Rule 12(a)(1)(B), JFF's Response to the Counterclaims is due within 21 days of service. The Response is currently due on August 6, 2025.

3. JFF requires additional time to respond to the Counterclaims, and requests an additional 21 days to respond.

4. This motion is not brought for purposes of delay and will not prejudice any party. This motion does not affect the discovery schedule in place.

5. Counsel for JFF spoke to Weber's counsel, and Weber's counsel had no objection to this request.

WHEREFORE, Plaintiff Jennifer Finlayson-Fife respectfully requests an extension of time to respond to the counterclaims until August 27, 2025.

2

Dated: August 6, 2025 Respectfully Submitted,

Jennifer Finlayson-Fife

 /s/ Steven P. Mandell
One of Plaintiff's Attorneys

Steven P. Mandell
Bryan G. Lesser
Mandell Menkes LLC
1 N. Franklin Street, Suite 900
Chicago, IL 60606
Telephone: 312-251-1000
Email: smandell@mandellmenkes.com
blesser@mandellmenkes.com

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that a copy of the foregoing document has been served on August 6, 2025 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

                      /s/ Steven P. Mandell