## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jennifer Finlayson–Fife

       Plaintiff,

v.              Case No.: 1:24–cv–02452

             Honorable April M. Perry

Meredith Weber

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2025:

   MINUTE entry before the Honorable April M. Perry: Motion for extension of time [27] is granted. Plaintiff's deadline to respond to the counterclaims is extended to 8/27/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.