**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER FINLAYSON-FIFE, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No.: 24-cv-2452 |
| | ) | |
| v. | ) | Hon. April Perry |
| | ) | |
| MEREDITH WEBER, | ) | |
| | ) | |
| *Defendant*. | ) | |

## MOTION TO DISMISS COUNTERCLAIMS

Plaintiff Jennifer Finlayson-Fife ("JFF") hereby moves to dismiss Defendant's Counterclaims. For the reasons stated in the accompanying Memorandum of Law, all counterclaims against JFF should be dismissed in their entirety and with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant has failed to state a claim upon which relief can be granted.

WHEREFORE, Plaintiff Jennifer Finlayson-Fife respectfully requests dismissal of the Counterclaims.

Respectfully Submitted,

Jennifer Finlayson-Fife

/s/ Steven P. Mandell
One of Plaintiff's Attorneys

Steven P. Mandell
Bryan G. Lesser
Mandell Menkes LLC
1 N. Franklin Street, Suite 900
Chicago, IL 60606
Telephone: 312-251-1000
Email: smandell@mandellmenkes.com
blesser@mandellmenkes.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that a copy of the foregoing document has been served on August 27, 2025 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

                                                 /s/ Steven P. Mandell